

**C**OURT OF **A**PPEALS FOR THE
**F**IRST **D**ISTRICT OF **T**EXAS AT **H**OUSTON

**O**RDER

Appellate case name:          Trimcos, LLC v. Compass Bank

Appellate case number:      01-19-01000-CV

Trial court case number:     2018-42334

Trial court:                         157th District Court of Harris County

   Appellant, Trimcos LLC,, has filed a motion for rehearing. The Court requests a response to the motion for rehearing from appellee, Compass Bank. The response must be filed no later than **30 days from the date of this order**. *See* TEX. R. APP. P. 49.2.

   It is so ORDERED.


Judge's signature: ___/s/ Julie Countiss_____
       Acting individually


Date:  January 27, 2022